IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARLENE JENKINS  *Plaintiff,*  v.  LNL HOME SERVICES, LLC,  *Defendant.* | CIVIL ACTION  NO. 23-423 |
|---|---|

## ORDER RE: DEFENDANT'S SUMMARY JUDGMENT MOTION

AND NOW on this __22__ day of July 2025, for the reasons stated in the foregoing Memorandum Opinion, Defendant's Motion for Summary Judgment, ECF 57, is **DENIED**.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

1